# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 28, 2017

MEMO TO COUNSEL RE: Tracy Skinner v. Cpt. Ibeadogbulem
Civil No. JFM-14-145

Dear Counsel:

I have today approved the proposed scheduling order that you have submitted, with the exception that I have crossed out the dispositive pretrial motions deadline.

This will confirm that I will set the case in for a settlement conference at the close of discovery, and that the dispositive pretrial motions deadline will be 30 days after the settlement conference if the settlement conference is unsuccessful.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

